1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>SOFTWARE PROVISIONS, LLC, an Oregon limited liability company, and NATHANIEL ANGELUS,<br><br>     Defendants. | NO. C04-5802FDB<br><br>STIPULATION TO FILE FIRST AMENDED COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br>December 14, 2005 |

## I. STIPULATION

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, plaintiff, Microsoft Corporation, and defendants, Software Provisions, LLC and Nathaniel Angelus, hereby stipulate to plaintiff filing the First Amended Complaint in a form substantially identical to Exhibit 1, attached hereto. The parties respectfully request that this Court adopt this Stipulation to File First Amended Complaint.

STIPULATION TO FILE FIRST AMENDED
COMPLAINT (NO. C04-5802-FDB) - 1
[41826-5036-000000/05 Dec 15 Microsoft Stip Amend
Complaint.DOC]

**Perkins Coie** LLP
1120 NW Couch Street, 10th Floor
Portland, Oregon  97209
Phone:  (503) 727-2000
Fax:  (503) 727-2222

1

2          All parties consent to the electronically filed signatures within this Stipulation to File

3    First Amended Complaint.

4          DATED:        December 14, 2005.

5    s/ Sarah J. Crooks                          s/ James E. Bartels
6    Thomas R. Johnson, admitted *pro hac vice*   Bruce H. Orr, WSBA 19147
     Sarah J. Crooks, WSBA 35997                 James E. Bartels, OSB 74029
7    Attorneys for Plaintiff Microsoft Corporation   Attorneys for Defendants Software Provisions and
     **PERKINS COIE LLP**                          Nathaniel Angelus
8    1120 NW Couch Street, 10th Floor            **MEYER & WYSE LLP**
     Portland, Oregon 97209                       621 SW Morrison, Suite 1300
9    Telephone:  (503) 727-2000                   Portland, Oregon 97205
     Fax:  (503) 727-2222                         Telephone:  (503) 228-8448
10   E-mail:  TRJohnson@perkinscoie.com           Fax:  (503) 272-9135
11   E-mail:  SCrooks@perkinscoie.com             E-mail: bho@meyerwyse.com
                                                  E-mail: jeb@meyerwyse.com
12
13                          **II.   ORDER**

14          Good cause appearing therefore, and based upon the stipulation of the parties, it is

15   HEREBY ORDERED that the Stipulation to file a First Amended Complaint is adopted.

16          It is so ordered this 15th day of December 2005.

17

18

19

20                          FRANKLIN D. BURGESS
                            UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26
     STIPULATION TO FILE FIRST AMENDED
     COMPLAINT (NO. C04-5802-FDB) - 2                              **Perkins Coie LLP**
     [41826-5036-000000/05 Dec 15 Microsoft Stip Amend        1120 NW Couch Street, 10th Floor
     Complaint.DOC]                                              Portland, Oregon  97209
                                                                 Phone:  (503) 727-2000
                                                                  Fax:  (503) 727-2222

1

2

## CERTIFICATE OF SERVICE

3

4

5

On December 15, 2005, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the following documents:

6

### STIPULATION TO FILE FIRST AMENDED COMPLAINT

7

8

9

10

11

Bruce Orr
James E. Bartels
MEYER & WYSE
621 SW Morrison Street, Ste 1300
Portland, OR  97205
Attorneys for Defendants

_____ Via hand delivery
_____ Via U.S. Mail, 1st Class, Postage Prepaid
_____ Via Overnight Delivery
_____ Via Facsimile
__X__ Via E-filing

12

13

I certify under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

14

DATED at Portland, Oregon, this 14th day of December, 2005.

15

16

17

18

19

20

21

s/   Sarah J. Crooks
Thomas R. Johnson, admitted *pro hac vice*
Sarah J. Crooks, WSBA 35997
Attorneys for Plaintiff Microsoft Corporation
**Perkins Coie LLP**
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
Telephone:  (503) 727-2000
Fax:  (503) 727-2222
E-mail:  TRJohnson@perkinscoie.com
E-mail:  SCrooks@perkinscoie.com

22

23

24

25

26

STIPULATION TO FILE FIRST AMENDED
COMPLAINT (NO. C04-5802-FDB) - 3
[41826-5036-000000/05 Dec 15 Microsoft Stip Amend
Complaint.DOC]

**Perkins Coie LLP**
1120 NW Couch Street, 10th Floor
Portland, Oregon  97209
Phone:  (503) 727-2000
Fax:  (503) 727-2222