THE HONORABLE FRANKLIN D. BURGESS

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SOFTWARE PROVISIONS, LLC, an Oregon limited liability company, and NATHANIEL ANGELUS,<br><br>　　　　　　Defendants. | NO. C04-5802FDB<br><br>[PROPOSED] ORDER |

Good Cause appearing therefore, IT IS HEREBY ORDERED that Defendants Software Provisions, LLC. an Oregon limited liability company, and Nathaniel Angelus, an individual, (collectively, "Defendants") hereby stipulate that Defendants along with their officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

　　(a)　imitating, copying, or making any other infringing use or infringing distribution of:

[PROPOSED] ORDER - 1
[41826-5036/06 Apr 3 Microsoft Order Restraint.DOC]

**Perkins Coie** LLP
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
Phone:  (503) 727-2000
Fax:  (503) 727-2222

(1) software programs, components, end user license agreements ("EULA") or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark and/or Service Mark Registration Numbers:

(i) 1,256,083 ("MICROSOFT");

(ii) 1,200,236 ("MICROSOFT");

(iii) 1,872,264 ("WINDOWS");

(iv) 1,815,350 (COLORED WINDOWS LOGO); and

(v) 1,816,354 (WINDOWS FLAG LOGO); or

(2) software programs, components, items or things protected by the following Certificate of Copyright Registration No.:

(i) TX 5-126-181 ("Windows Millennium Edition"); or

(3) any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

(b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

(c) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale,

[PROPOSED] ORDER - 2
[41826-5036/06 Apr 3 Microsoft Order Restraint.DOC]

**Perkins Coie** LLP
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
Phone: (503) 727-2000
Fax: (503) 727-2222

advertisement, promotion, or display of any software, component, EULA, item or thing not authorized or licensed by Microsoft;

    (d)    using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, item, or thing that has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

    (e)    using the names, logos, or other variations thereof any of Microsoft's copyright and/or trademark-protected software programs in any of Defendants' trade or corporate names;

    (f)    engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights; or constituting any dilution of Microsoft's name, reputation, or goodwill; or distributing, offering for distribution, circulating, selling, offering for sale, or importing any stolen or illegal software programs, components, EULAs, or items protected by any of Microsoft's trademarks or copyrights; and

    //
    //
    //

[PROPOSED] ORDER - 3
[41826-5036/06 Apr 3 Microsoft Order Restraint.DOC]

**Perkins Coie LLP**
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
Phone: (503) 727-2000
Fax: (503) 727-2222

(g) knowingly assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

IT IS SO ORDERED:

DATED this 3rd day of April 2006.

FRANKLIN D. BURGESS

UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER - 4
[41826-5036/06 Apr 3 Microsoft Order Restraint.DOC]

**Perkins Coie LLP**
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
Phone: (503) 727-2000
Fax: (503) 727-2222