THE HONORABLE FRANKLIN D. BURGESS

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | NO. C04-5802FDB |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| SOFTWARE PROVISIONS, LLC, an Oregon limited liability company, and NATHANIEL ANGELUS, | |
| Defendants. | |

Good Cause appearing therefore, IT IS HEREBY ORDERED that further proceedings in this matter are stayed for 60 days following entry of the requested permanent injunction.

IT IS SO ORDERED:

[PROPOSED] ORDER - 1
[41826-5036/06 Apr 3 Microsoft Order Stay 60 Days.DOC]

**Perkins Coie LLP**
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
Phone: (503) 727-2000
Fax: (503) 727-2222

DATED this 3rd day of April 2006.

*[signature]*

FRANKLIN D. BURGESS

UNITED STATES DISTRICT JUDGE
[PROPOSED] ORDER - 2
[41826-5036/06 Apr 3 Microsoft Order Stay 60 Days.DOC]

**Perkins Coie** LLP
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
Phone: (503) 727-2000
Fax: (503) 727-2222